# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KHALIL HAMMOND,                          : No. 211 WAL 2020
                                         :
                   Petitioner            :
                                         :
                                         : Petition for Allowance of Appeal
                                         : from the Order of the
            v.                           : Commonwealth Court
                                         :
                                         :
ROBERT MICHAEL KRAK, D.M.D.,             :
SUPERINTENDENT LOUIS FOLINO,             :
SECRETARY JOHN E. WETZEL, DORINA         :
VARNER AND JOHN OR JANE DOES #1-         :
3,                                       :
                                         :
                   Respondents           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.